Original Filed By ECF -
Exhibits Filed by Hard Copy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DISABILITY ADVOCATES, INC.,       :    03 CV 3209 (NGG)(MDG)

          Plaintiff,       :    **DECLARATION OF**
                                         **JEFFREY L. GELLER**
   - against -       :

ELIOT SPITZES, in his official capacity   :
as Governor of the State of New York,
RICHARD F. DAINES, in his official      :
capacity Commissioner of the New York
State Department of Health, and MICHAEL :
F. HOGAN, in his official capacity as
Commissioner of the New York State      :
Office of Mental Health, THE NEW YORK
STATE DEPARTMENT OF HEALTH,      :
AND THE NEW YORK STATE OFFICE
OF MENTAL HEALTH,      :

          Defendants.   :
------------------------------------------------------------X

       JEFFREY L. GELLER, M.D., pursuant to 28 U.S.C. Section 1746, declares under penalty of perjury as follows:

       1.    I have been retained as an expert witness by defendants in the above-captioned case.

       2.    I hereby annex a copy of my expert report, dated May 17, 2006, with attachments 1-4 and Appendices I and II as Exhibit Geller-A, and my report dated September 22, 2006, with Attachments 1-4 and Appendix I, as Exhibit Geller-B. These reports were true and accurate when I wrote and submitted them in this case, and I hereby re-affirm and incorporate them by reference.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2007
Worcester, Massachusetts

                                                     *Jeffrey L. Geller*